IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **MCM HOLDINGS, LLC, an** | ) | Plaintiff |
| **Alabama Limited Liability Company** | ) | |
| | ) | |
| **v.** | ) | Civil Action No. 2:11-cv-100-MHT |
| | ) | |
| **AIS SERVICES, LLC, a Delaware** | ) | |
| **Limited liability company, and** | ) | Defendants |
| **CREDITMAX, LLC, a Florida Limited** | ) | |
| **Company** | ) | |

**JUDGMENT**

Based upon the agreement of Plaintiff MCM Holdings, LLC ("MCM") and Defendants AIS Services, LLC ("AIS") and CreditMax, LLC ("CreditMax"), which has been reduced to writing and is attached as Exhibit "A" to the Joint Motion for Entry of Consent Judgment (Doc. 25) (the "Settlement Agreement"), it is the ORDER, JUDGMENT, and DECREE of the Court that the motion is granted and final judgment is entered in favor of MCM and against AIS as follows:

A.   Judgment is hereby entered against AIS in the amount of $20,000.00, to be collectible by MCM only upon the failure of AIS to comply with the terms of the Settlement Agreement.

B.   Upon AIS's completion of payment as set forth in the Settlement Agreement, this Judgment will be satisfied.  Within fourteen (14) days of AIS's final payment as set forth in the Settlement Agreement, MCM will file in this Court a Satisfaction of Judgment.

C.   CreditMax is dismissed as part of this settlement agreement.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

SO ORDERED AND ADJUDGED, this the 8th day of November, 2011.

                                              /s/  Myron H. Thompson
                                    UNITED STATES DISTRICT COURT JUDGE